IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OTIS HUGHES
ADC #100835                                                                                                       PLAINTIFF

v.                                                   No. 5:15-cv-361-DPM

ARKANSAS COUNTY DETENTION CENTER                         DEFENDANT

ORDER

1. Hughes brings this § 1983 action alleging he was falsely imprisoned in the Arkansas County Detention Center. № 2 at 4. He asks for money damages and for state charges against him to be dropped. № 2 at 5. The Court must screen his complaint. 28 U.S.C. § 1915A.

2. The only Defendant named in this case is the Arkansas County Detention Center. № 2 at 1. But jails can't be sued under § 1983. *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003). Hughes's claim against the Detention Center is therefore dismissed with prejudice. If Hughes wants to proceed with his lawsuit, then he must amend his complaint and specify who violated his rights and how. If Hughes doesn't amend by 12 December 2015, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. Hughes's false-imprisonment claim may also be *Heck*-barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). It's not clear from the current complaint. For example, Hughes claims the charges against him were dropped; but he also says he's on bond and asks that state charges against him be "done away with." № 2 at 4–5. If Hughes amends, then he must clarify (1) what charges were pending against him at the time of the allegedly false imprisonment and (2) the current status of those charges.

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

17 November 2015