IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OTIS HUGHES
ADC #100835                                                                    PLAINTIFF

v.                                    No. 5:15-cv-361-DPM

ROBBIE FREAD                                                              DEFENDANT

ORDER

1.  Hughes brought this § 1983 action alleging he was falsely imprisoned

in the Arkansas County Detention Center.  *№ 2 at 4.*  The Court must screen

Hughes's amended complaint.  *№ 8;* 28 U.S.C. § 1915A.

2.  Hughes now names jail administrator Robbie Fread.  But Hughes

doesn't describe Fread's personal involvement in any alleged violation; and

Hughes can't sue Fread based solely on his position as jail administrator.

*Camberos v. Branstad*, 73 F.3d 174, 176 (8th Cir. 1995).  Hughes's claim against

Fread is therefore dismissed without prejudice.

3.  In the body of his amended complaint, Hughes says that Officer Chris

Pollard picked him up from the ADC without a valid warrant or detainer.  *№*

*8 at 4.*  Hughes also alleges that Lieutenant Tom Russell booked him into the

Arkansas County Detention Center without a valid warrant or detainer.  *Ibid.*

Construing Hughes's amended complaint liberally, he's stated Fourth

Amendment claims against these two Defendants.  The Court therefore directs the Clerk to prepare summonses for Pollard and Russell.  The United States Marshal shall serve copies of the summonses, complaint, amended complaint, and this Order on Pollard and Russell without prepayment of fees and costs or security.  They should be served through the Arkansas County Detention Center, 1000 Ricebelt Avenue, Dewitt, Arkansas 72042.

4.  The Court directs the Clerk to add Defendants Pollard and Russell to the docket.

So Ordered.

_D.P. Marshall Jr._
D. P. Marshall Jr.
United States District Judge

14 December 2015