IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**OTIS HUGHES**                                                                    **PLAINTIFF**

v.                              No. 5:15-cv-361-DPM

**CHRIS POLLAND, Officer, and**
**TOM RUSSELL, Lieutenant**                                          **DEFENDANTS**

## ORDER

Mail sent to Hughes's last known address was returned undeliverable. № 24. If Hughes doesn't update his address with the Clerk of the Court by 18 August 2016, then his complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

19 July 2016